**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES HAYWOOD,

Plaintiff,

v.

PETER WATSON,

Defendant.
_________________________________/

Case No. 2:23-cv-12099

Hon. Brandy R. McMillion
United States District Judge

Hon. Kimberly G. Altman
United States Magistrate Judge

**ORDER ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF NO. 66) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 53)**

Plaintiff James Haywood ("Haywood" or "Plaintiff") filed this *pro se* prisoner civil rights case against Defendant Peter Watson ("Watson" or "Defendant"). *See generally* ECF No. 1. Haywood alleges that Watson was deliberately indifferent to Plaintiff's medical needs when Plaintiff injured his hand and wrist while working at his prison facility. *Id.* This matter was originally assigned to the Honorable F. Kay Behm but reassigned to the undersigned in April 2024. *See* Administrative Order 24-AO-007. All pretrial matters were referred to Magistrate Judge Kimberly G. Altman and then re-referred to her after reassignment. *See* ECF Nos. 8, 17.

On February 19, 2026, Watson moved for summary judgment arguing he was not deliberately indifferent to Haywood's medical needs. *See generally* ECF No.

53. Haywood filed a response, but Watson never filed a reply. *See* ECF No. 65. On July 21, 2026, Magistrate Judge Altman issued a Report and Recommendation ("R&R") recommending that the Court grant Defendant's Motion for Summary Judgment. ECF No. 66. At the end of the R&R, the Magistrate Judge advised the parties that to seek review of her recommendation, the parties were required to file specific objections with the Court within 14 days of service of the R&R. *Id.* at PageID.874-875. As of the date of this Order, August 18, 2026—28 days since the Magistrate Judge issued the R&R—neither party has filed objections to the R&R or contacted the Court to ask for more time to file objections.

The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions"). Similarly, failure to object to an R&R forfeits any further right to appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to timely file objections to an R&R).

Accordingly, because neither party objected to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of Defendant's Motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Watson's Motion for Summary Judgment (ECF No. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims are **DISMISSED WITH PREJUDICE**.

***This is a Final Order that closes the case.***

**IT IS SO ORDERED.**

Dated: August 18, 2026
Detroit, Michigan

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge